```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                            ) CASE NO: 11-46219-399  Chapter 13
      PAUL EDWARD TYLER           )
                                  ) Trustee's Objection to Confirmation
      MICHELLE LYNN TYLER         )
                                  ) Original confirmation hearing
                     Debtor(s)    ) set for Aug 24, 2011 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Proposed plan payment does not constitute debtor's best effort to repay creditors. 11 U.S.C. Secs. 1325(a)(3) & (b)(1)(B)
2. 2016(b) conflicts with Statement of Financial Affairs #9.
3. A. RE #1 PLAN DOES NOT GUARANTEE $48,747 REQUIRED BY B22C.
   B. 5B INCLUDES AUTO PURCHASED OVER 910 DAYS BEFORE FILING.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                   /s/ John V. LaBarge, Jr.
KLW-221                            --------------------------------
                                   John V LaBarge Jr
Copy served on the following either Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on July 14, 2011   :  St. Louis, MO 63143   (314) 781-8100
                                    trust33@ch13stl.com   Fax:(314) 781-8881
GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


PAUL EDWARD & MICHELLE LYNN TYLER
1964 GLATT DRIVE
ARNOLD MO  63010
```